# Order

Michigan Supreme Court
Lansing, Michigan

April 29, 2015

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

150686

PEOPLE OF THE STATE OF MICHIGAN,
   Plaintiff-Appellee,

v

ANTWON DONTAE ROLLAND, SR.,
   Defendant-Appellant.

SC: 150686
COA: 323787
Kalamazoo CC: 2014-000115-FH

_____/

   On order of the Court, the application for leave to appeal the November 6, 2014 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



   I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 29, 2015



Clerk

d0422